Case Nos. 22-5734 / 22-5735 / 22-5736 / 22-5737 / 22-5738
## IN THE UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

NICHOLAS SANDMANN,

*Plaintiff-Appellant*,

v.

NEW YORK TIMES COMPANY
CBS NEWS INC., *et al.*
ABC NEWS, INC., *et al.*
ROLLING STONE, LLC, *et al.*
GANNETT CO., INC., *et al.*

*Defendants-Appellees*,

On Appeal from the United States District Court for the Eastern District of Kentucky
Honorable William O. Bertelsman, District Judge, Presiding
Case Nos. 2:20-cv-00023, 2:20-cv-00024, 2:20-cv-00025, 2:20-cv-00026, 2:20-cv-00027

## NOTICE REGARDING ORAL ARGUMENT & ACKNOWLEDGEMENT FORMS

| | |
|---|---|
| Robert B. Craig<br>TAFT STETTINIUS & HOLLISTER LLP<br>50 East RiverCenter Blvd., Suite 850<br>Covington, KY 41011-1683<br>Phone: (859) 547-4300<br>Fax: (513) 381-6613<br>craigr@taftlaw.com | Nathan Siegel<br>Meenakshi Krishnan<br>DAVIS WRIGHT TREMAINE LLP<br>1301 K St. NW, Suite 500<br>Washington, DC 20005<br>Phone: (202) 973-4237<br>Fax: (202) 973-4437<br>nathansiegel@dwt.com<br>meenakshikrishnan@dwt.com<br><br>*Attorneys for Appellees ABC News, Inc., ABC News Interactive, Inc., and The Walt Disney Company* |

Dana R. Green
THE NEW YORK TIMES COMPANY
620 8th Avenue
New York, NY 10018
Phone: (212) 556-5290
Fax: (212) 556-4634
dana.green@nytimes.com

John C. Greiner
Darren W. Ford
FARUKI PLL
201 East Fifth Street, Suite 1420
Cincinnati, OH 45202
Phone: (513) 632-0315
Fax: (513) 632-0319
jgreiner@ficlaw.com
dford@ficlaw.com

*Attorneys for Appellee The New York Times Company d/b/a The New York Times*

Natalie J. Spears
Gregory R. Naron
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, IL 60606
Phone: (312) 876-8000
Natalie.spears@dentons.com
Gregory.naron@dentons.com

Jessica Laurin Meek
DENTONS BINGHAM GREENEBAUM LLP
10 West Market Street, Suite 2700
Indianapolis, IN 46204
Phone: (317) 635-8900
Jessica.meek@dentons.com

*Attorneys for Appellees CBS News Inc., ViacomCBS Inc., and CBS Interactive Inc.*

Michael J. Grygiel
Cynthia E. Neidl
Kelly L. McNamee
Candra M. Connelly
GREENBERG TRAURIG, LLP
54 State Street, 6th Floor
Albany, New York 12207
Phone: (518) 689-1400
grygielm@gtlaw.com
neidlc@gtlaw.com
mcnameek@gtlaw.com
connellyc@gtlaw.com

Kevin T. Shook
FROST BROWN TODD LLP
One Columbus, Ste 2300
10 W. Broad Street
Columbus, OH 43215-3484
Phone: (614) 464-1211
Fax: (614) 464-1737
kshook@fbtlaw.com

Jason P. Renzelmann
FROST BROWN TODD LLP
400 W. Market Street, Ste 3200
Louisville, KY 40202
Phone: (502) 589-5400
Fax: (502) 587-1087
jrenzelmann@fbtlaw.com

Jon L. Fleischaker
Michael P. Abate
William R. Adams
KAPLAN JOHNSON ABATE &
BIRD LLP
710 W. Main St., 4th Floor
Louisville, KY 40202
Phone: (502) 540-8280
jfleischaker@kaplanjohnsonlaw.com
mabate@kaplanjohnsonlaw.com
radams@kaplanjohnsonlaw.com

*Attorneys for Appellees Gannett Co., Inc.
and Gannett Satellite Information Network, LLC*

Ryan W. Goellner
FROST BROWN TODD LLP
301 East Fourth Street, Ste 3300
Cincinnati, OH 45202
Phone: (513) 651-6800
Fax: (513) 651-6981
rgoellner@fbtlaw.com

*Attorneys for Appellees Rolling Stone, LLC
and Penske Media Corporation*

Appellees The New York Times Company ("The Times"); CBS News Inc., ViacomCBS Inc., and CBS Interactive Inc. ("CBS"); ABC News, Inc., ABC News Interactive, Inc., and The Walt Disney Company ("ABC"); Rolling Stone, LLC and Penske Media Corporation ("Rolling Stone"); and Gannett Co., Inc., and Gannett Satellite Information Network, LLC ("Gannett") (collectively "Appellees"), respectfully submit this notice to inform the Court of the format in which they intend to present their oral argument in this consolidated appeal, scheduled for April 26, 2023.

Counsel for ABC, Nathan Siegel, will present oral argument for all the Appellees. The Appellees do not intend to divide their 15 allotted minutes into individual presentations from each of the Appellees. However, each of the Appellees has filed a supplemental brief regarding their specific publications and/or broadcasts that are at issue in each case. As a result, Appellees recognize that it is possible that, in addition to questions common to all Appellees, the Court might have questions related only to the publications of a specific Appellee.

Mr. Siegel will therefore plan to spend at least the first 12 of the Appellees' 15 minutes addressing common issues. In the event that the Court also has questions, if any, for any specific Appellee, then during the final three minutes of Appellees' argument time, Mr. Siegel will defer to counsel for that particular

Appellee to address any such questions. An attorney for each of the other four Appellees will attend the oral argument solely for that purpose. Accordingly, in addition to Mr. Siegel, one attorney for each of the other Appellees is also filing an oral argument acknowledgment form with this Notice, while recognizing that it is possible that none of them will argue should the Court not have any questions specific to their respective publications.

# United States Court of Appeals for the Sixth Circuit

## Argument Acknowledgment

1. Sixth Circuit Case No(s): 22-5734, 22-5735, 22-5736, 22-5737, 22-5738

2. Case Caption (Short Title): Sandmann v. New York Times Company; Sandmann v. CBS News Inc., et al.; Sandmann v. ABC News Inc., et al.; Sandmann v. Rolling Stone, LLC, et al.; Sandmann v. Gannett Co., Inc. et al.

3. Argument is scheduled for 9:00 am on April 26, 2023 and will be held:

   [✔] Live (In Person)     [ ] by Video     [ ] by Telephone

   Telephone number by which counsel can be reached on the day of Telephone argument, if applicable: _____

4. I, Nathan Siegel, will be presenting argument on behalf of:

   [ ] Appellant / Petitioner     [ ] Amicus Curiae     [ ] Other (please specify below):
   [✔] Appellee / Respondent     [ ] Intervenor        _____

   If you are substituting for an attorney who had previously filed an argument acknowledgment, please indicate the name of the attorney: _____

5. Party Name(s): New York Times Company; CBS News Inc.; ViacomCBS Inc.; CBS Interactive Inc.; ABC News, Inc.; ABC News Interactive, Inc.; The Walt Disney Company; Rolling Stone, LLC; Penske Media Corporation; Gannett Co., Inc.; Gannett Satellite Information Network, LLC

6. Minutes reserved for rebuttal, if applicable: _____ (must be reserved in whole minutes)

7. If you are sharing time with one or more attorneys, please address the following:

   A. Number of attorneys sharing time: ____     B. Total number of minutes to be shared: ____
   C. Your arguing sequence (e.g., 1st, 2nd, etc.): ____     D. Your assigned minutes: ____

   *See attached Notice explaining Appellees' intended argument format*

   **If you have not previously registered as an ECF filer and filed an appearance form in this case, you must do both.**

Docketing Instructions:
Event Category: **Argument**; Event: **Argument Acknowledgment**

---

**CERTIFICATE OF SERVICE**

I certify that on March 21, 2023 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ Nathan Siegel

---

*Click here to see a completed example of this form.*

# United States Court of Appeals for the Sixth Circuit

## Argument Acknowledgment

1. Sixth Circuit Case No(s): 22-5734

2. Case Caption (Short Title): Sandmann v. New York Times Company

3. Argument is scheduled for 9:00 a.m. on April 26, 2023 and will be held:

   [x] Live (In Person)   [ ] by Video   [ ] by Telephone

   Telephone number by which counsel can be reached on the day of Telephone argument, if applicable: _____

4. I, Darren W. Ford, will be presenting argument on behalf of:

   [ ] Appellant / Petitioner   [ ] Amicus Curiae   [ ] Other (please specify below):
   [x] Appellee / Respondent   [ ] Intervenor   _____

   If you are substituting for an attorney who had previously filed an argument acknowledgment, please indicate the name of the attorney: _____

5. Party Name(s): New York Times Company

6. Minutes reserved for rebuttal, if applicable: _____ (must be reserved in whole minutes)

7. If you are sharing time with one or more attorneys, please address the following: *

   A. Number of attorneys sharing time: ____   B. Total number of minutes to be shared: ____
   C. Your arguing sequence (e.g., 1st, 2nd, etc.): ____   D. Your assigned minutes: ____

   *See attached Notice explaining Appellees' intended argument format.

**If you have not previously registered as an ECF filer and filed an appearance form in this case, you must do both.**

Docketing Instructions:
Event Category: **Argument**; Event: **Argument Acknowledgment**

---

**CERTIFICATE OF SERVICE**

I certify that on March 21, 2023 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ Darren W. Ford

---

*Click here to see a completed example of this form.*

# United States Court of Appeals for the Sixth Circuit

## Argument Acknowledgment

1. Sixth Circuit Case No(s): 22-5735

2. Case Caption (Short Title): Sandmann v. CBS News Inc., et al.

3. Argument is scheduled for 9:00 am on April 26, 2023 and will be held:

   [✔] Live (In Person)   [ ] by Video   [ ] by Telephone

   Telephone number by which counsel can be reached on the day of Telephone argument, if applicable: _____

4. I, Natalie J. Spears, will be presenting argument on behalf of:

   [ ] Appellant / Petitioner   [ ] Amicus Curiae   [ ] Other (please specify below):
   [✔] Appellee / Respondent   [ ] Intervenor   _____

   If you are substituting for an attorney who had previously filed an argument acknowledgment, please indicate the name of the attorney: _____

5. Party Name(s): CBS News Inc., ViacomCBS Inc., and CBS Interactive Inc.

6. Minutes reserved for rebuttal, if applicable: _____ (must be reserved in whole minutes)

7. If you are sharing time with one or more attorneys, please address the following: *

   A. Number of attorneys sharing time: ____   B. Total number of minutes to be shared: ____
   C. Your arguing sequence (e.g., 1st, 2nd, etc.): ____   D. Your assigned minutes: ____

   *See attached Notice explaining Appellees' intended argument format.

**If you have not previously registered as an ECF filer and filed an appearance form in this case, you must do both.**

Docketing Instructions:
Event Category: **Argument**; Event: **Argument Acknowledgment**

---

**CERTIFICATE OF SERVICE**

I certify that on March 21, 2023 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ Natalie J. Spears

---

*Click here to see a completed example of this form.*

# United States Court of Appeals for the Sixth Circuit

## Argument Acknowledgment

1. Sixth Circuit Case No(s): 22-5737

2. Case Caption (Short Title): Sandmann v. Rolling Stone, et al.

3. Argument is scheduled for 9:00 am on April 26, 2023 and will be held:

   [✔] Live (In Person)    [ ] by Video    [ ] by Telephone

   Telephone number by which counsel can be reached on the day of Telephone argument, if applicable: _____

4. I, Kevin T. Shook, will be presenting argument on behalf of:

   [ ] Appellant / Petitioner    [ ] Amicus Curiae    [ ] Other (please specify below):
   [✔] Appellee / Respondent    [ ] Intervenor       _____

   If you are substituting for an attorney who had previously filed an argument acknowledgment, please indicate the name of the attorney: _____

5. Party Name(s): Rolling Stone, LLC and Penske Media Corporation

6. Minutes reserved for rebuttal, if applicable: _____ (must be reserved in whole minutes)

7. If you are sharing time with one or more attorneys, please address the following: *

   A. Number of attorneys sharing time: ____    B. Total number of minutes to be shared: ____
   C. Your arguing sequence (e.g., 1st, 2nd, etc.): ____    D. Your assigned minutes: ____

   *See attached Notice explaining Appellees' intended argument format.

**If you have not previously registered as an ECF filer and filed an appearance form in this case, you must do both.**

Docketing Instructions:
Event Category: **Argument**; Event: **Argument Acknowledgment**

---

**CERTIFICATE OF SERVICE**

I certify that on March 21, 2023 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ Kevin T. Shook

---

*Click here to see a completed example of this form.*

# United States Court of Appeals for the Sixth Circuit

## Argument Acknowledgment

1. Sixth Circuit Case No(s): 22-5738

2. Case Caption (Short Title): Sandmann v. Gannett Co. Inc. et al.

3. Argument is scheduled for 9:00 am on April 26, 2023 and will be held:

   [X] Live (In Person)     [ ] by Video     [ ] by Telephone

   Telephone number by which counsel can be reached on the day of Telephone argument, if applicable: (502) 523-2471

4. I, Michael P. Abate, will be presenting argument on behalf of:

   [ ] Appellant / Petitioner     [ ] Amicus Curiae     [ ] Other (please specify below):
   [X] Appellee / Respondent     [ ] Intervenor

   If you are substituting for an attorney who had previously filed an argument acknowledgment, please indicate the name of the attorney: _____

5. Party Name(s): Gannett Co. Inc. & Gannett Satellite Information Network LLC

6. Minutes reserved for rebuttal, if applicable: _____ (must be reserved in whole minutes)

7. If you are sharing time with one or more attorneys, please address the following: *

   A. Number of attorneys sharing time: ____   B. Total number of minutes to be shared: ____
   C. Your arguing sequence (e.g., 1st, 2nd, etc.): ____   D. Your assigned minutes: ____

   \* See attached Notice explaining Appellees' intended argument format.
   **If you have not previously registered as an ECF filer and filed an appearance form in this case, you must do both.**

Docketing Instructions:
Event Category: **Argument**; Event: **Argument Acknowledgment**

---

**CERTIFICATE OF SERVICE**

I certify that on March 21, 2023 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ Michael P. Abate

---

*Click here to see a completed example of this form.*